IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:12CR12 |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD T. MARTELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's oral motion for transportation. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The United States Marshal shall provide noncustodial transportation for defendant Ronald T. Martell, from Omaha, Nebraska, to Hastings, Nebraska, on Thursday, April 26, 2012.

DATED this 26th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court