IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )          8:12CR12
                              )
        v.                    )
                              )
RONALD T. MARTELL,            )              ORDER
                              )
            Defendant.        )
_____)


        This matter is before the Court on defendant's motion

to restrict (Filing No. 42).  The Court finds the motion should

be granted.  Accordingly,

        IT IS ORDERED that the motion is granted.  The

"position on sentencing" may be filed as restricted pending

further order of the Court.

        DATED this 6th day of July, 2012.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court